Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 14 GJ 00393 | DATE | MARCH 31, 2021 |
| CASE TITLE | U.S. v. ANNAZETTE COLLINS | | |

**DOCKET ENTRY TEXT**

## Grand Jury Proceeding

The Grand Jury for _SPECIAL JANUARY 2019_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

TO SET PRELIMINARY BAIL AT $10,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: np


FILED 3/31/2021 MO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1